BRAFFETT, Respondent, v. BROOKLYN, . C. & S. R. CO., Appellant. (Supreme Court, ppellate Division, Second Department. April 2, 1910.) Action by William J. Braffett against he Brooklyn, Queens County & Suburban Raiload Company. No opinion. Motion for leave o appeal to the Court of Appeals granted. See, lso, 122 N. Y. Supp. 1122.

BRICCA, Appellant, v. SMITH, Respondent. Supreme Court, Appellate Division, First Deartment. March 24, 1910.) Action by Louis 3ricca against James D. Smith. L. A. Valente, or appellant. J. D. McClelland, for respondent. No opinion. Judgment and order affirmed, with osts. Order filed.

BRINCKERHOFF v. COHN. (Supreme ourt, Appellate Division, First Department. March 18, 1910.) Action by Juanna Brinckeroff against Sigismund Cohn. No opinion. Motion granted, with $10 costs, unless appellant omplies with conditions stated in order. Order led.

BRINDLEY, Appellant, v. NEW YORK & L. . TRACTION CO., Respondent. (Supreme ourt, Appellate Division, Second Department. April 22, 1910.) Action by Charles W. Brindley gainst the New York & Long Island Traction Company. No opinion. Judgment and order reersed, and new trial granted, costs to abide the vent, for error on the part of the trial court in efusing to charge as requested at folios 252, 54, and 260 of the printed case on appeal.

BRINKERHOFF v. COHN. (Supreme Court, ppellate Division, First Department. April 9, 1910.) Action by Juanna Brinkerhoff gainst Sigismond Cohn. No opinion. Motion ranted, as stated in order. Order filed.

BRODSKY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appelate Division, First Department. April 8, 1910.) ction by Bertha Brodsky against the City of New York. S. Horkimer, for appellant. T. Connoly, for respondent. No opinion. Judgent affirmed, with costs. Order filed.

In re BROWN et al. (Supreme Court, Appelate Division, Second Department. April 22, 910.) In the matter of the application of Wilam P. Brown and others for the removal from ffice of Charles F. Storms, President of the Vilge of Dobbs Ferry, and John H. Hill, Trusee of the Village of Dobbs Ferry. No opinion. Leport of referee confirmed, upon his opinion, nd proceedings dismissed, with costs. The fees f the referee are fixed at the sum of $300. See, lso, 121 N. Y. Supp. 1126.

BROWN, Respondent, v. BYERS, Appellant. Supreme Court, Appellate Division, First Deartment. March 31. 1910.) Action by Herbert P. Brown against Joseph J. Byers. J. T. Davies, Jr., for appellant. A. F. Hansl, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BROWN, Respondent, v. ENGLISH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Charles B. Brown against Paul A. English, and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to dismiss the complaint granted, unless plaintiff shall, within 60 days after filing the order herein, give a bond as additional security upon the attachment in the sum of $3,000. See, also, 131 App. Div. 909, 115 N. Y. Supp. 1113.

BUCKLEY v. BEINHAUER. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by John Buckley against Alfred Beinhauer. No opinion. Motion for leave to appeal granted. Order filed. See, also, 121 N. Y. Supp. 180.

BUCKLEY, WOODHULL & BURNS, Inc., Respondent, v. FRAWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Buckley, Woodhull & Burns, Incorporated, against James J. Frawley. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery by deducting the sum of $62.65, in which case the judgment, as reduced, and order, are affirmed, without costs.

THOMAS, J., dissents, upon the ground that the plaintiff has proved no cause of action.

CALKINS, Respondent, v. CALKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Frank M. Calkins against Mattie Calkins, as executrix, etc. No opinion. Judgment and orders affirmed, with costs.

CARR et al. v. KIMBALL et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Walter C. Carr and others against Horatio G. Kimball and others. No opinion. Motion denied. Order filed. See, also, 130 App. Div. 107, 114 N. Y. Supp. 300.

CARSON, Respondent, v. VILLAGE OF DRESDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Flora Carson against the Village of Dresden.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 129 App. Div. 728, 113 N. Y. Supp. 959.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that the allowance by the trial